The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAISER SAID ELMI, TESFARGHABAR BERHANE, MOHAMED MUHIDDIN, ZELALEM CHERNET,<br><br>Plaintiffs,<br><br>v.<br><br>SSA MARINE, INC., a WASHINGTON CORPORATION, JOHN BELL, TOM HSUE, WILLIAM KENDALL, THE PORT OF SEATTLE, A KING COUNTY GOVERNMENTAL ENTITY, JACK MYERS, individually and in his OFFICIAL CAPACITY as an OFFICER of the PORT OF SEATTLE POLICE DEPARTMENT, JOSE SANTIAGO, individually and in his OFFICIAL CAPACITY as an OFFICER of the PORT OF SEATTLE POLICE DEPARTMENT; TERRENCE KWAN, individually and in his OFFICIAL CAPACITY as an OFFICER of the PORT OF SEATTLE POLICE DEPARTMENT, WALTER WESSON, individually and in his OFFICIAL CAPACITY as an OFFICER of the PORT OF SEATTLE POLICE DEPARTMENT, CHAD RIVERS, MICHAEL STILLMAN CABACCANG, JOSEPH KOLLMAR, BRENNON BRENT, DOES 1-150,<br><br>Defendants. | No. 2:13-cv-01703-JCC<br><br>PORT OF SEATTLE DEFENDANTS' ANSWER TO COMPLAINT<br><br>JURY DEMAND |

ANSWER TO COMPLAINT - 1
2:13-cv-01703-JCC
1051-005/82349.docx

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861 FAX: (206) 223-9423

COME NOW Defendants Port of Seattle, Jack Myers, Jose Santiago, Walter Wesson and Terrence Kwan (hereafter "PORT OF SEATTLE Defendants"), and answer Plaintiffs' Complaint as follows:

## I. JURISDICTION

1. PORT OF SEATTLE Defendants deny that Plaintiffs state a claim against them under federal law, deny that the action is between citizens of different states, deny that Plaintiffs state a claim against them for deprivation of rights under color of any State Law, and deny that supplemental jurisdiction should be exercised against them. PORT OF SEATTLE Defendants admit that venue is proper, but deny all other allegations and inferences to be drawn therefrom.

## II. PARTIES

2.1 PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny.

2.2 PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny.

2.3 PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny.

2.4 PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny.

2.5 As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

2.6 As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

2.7 As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

2.8 As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861   FAX: (206) 223-9423

2.9     PORT OF SEATTLE Defendants admit the PORT OF SEATTLE is a government entity with a police force and deny all else.

2.10    PORT OF SEATTLE Defendants deny that Jack Myers engaged in any unlawful conduct and deny all else.

2.11    PORT OF SEATTLE Defendants deny that Jose Santiago engaged in any unlawful conduct and deny all else.

2.12    PORT OF SEATTLE Defendants deny that Terrence Kwan engaged in any unlawful conduct and deny all else.

2.13    PORT OF SEATTLE Defendants deny that Walter Wesson engaged in any unlawful conduct and deny all else.

2.14    PORT OF SEATTLE Defendants admit that Chad Rivers was charged and prosecuted based upon the PORT OF SEATTLE Defendants' investigations and deny all else.

2.15    As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

2.16    As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

2.17    As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

2.18 PORT OF SEATTLE Defendants deny all allegations and inferences to be drawn therefrom.

2.19 PORT OF SEATTLE Defendants deny all allegations and inferences to be drawn therefrom.

2.20 PORT OF SEATTLE Defendants deny all allegations and inferences to be drawn therefrom.

2.21 PORT OF SEATTLE Defendants deny all allegations and inferences to be drawn therefrom.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861   FAX: (206) 223-9423

2.22 PORT OF SEATTLE Defendants deny any wrongdoing and any violation of statutory or common law.

2.23 PORT OF SEATTLE Defendants admit that claims were filed and deny all else.

### III. FACTS

3.1 PORT OF SEATTLE Defendants, upon information and belief, admit that Plaintiffs have at times worked as short-haul truckers at the Port of Seattle and SSA. PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, and therefore deny.

3.2 PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny.

3.3 PORT OF SEATTLE Defendants admit that this paragraph describes generally some of the duties of a short-haul trucker.

3.4 PORT OF SEATTLE Defendants admit that the Port of Seattle owns Terminal 30 and lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, and therefore deny.

3.5 PORT OF SEATTLE Defendants deny that PORT OF SEATTLE is the owner of the Terminal as legal conclusions, and is without knowledge as to the remaining allegations and therefore denies the same.

3.6 As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.7 As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.8 PORT OF SEATTLE Defendants deny the allegations.

3.9 As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

ANSWER TO COMPLAINT - 4
2:13-cv-01703-JCC
1051-005/82349.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861 FAX: (206) 223-9423

3.10 PORT OF SEATTLE Defendants deny.

3.11 PORT OF SEATTLE Defendants are without sufficient information to either admit or deny the allegations, and therefore deny.

3.12 PORT OF SEATTLE Defendants lack knowledge or information sufficient o form a belief about the truth of the remaining allegations, and therefore deny.

3.13. PORT OF SEATTLE Defendants admit that Santiago and Myers responded and deny all else.

3.14. As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.15. PORT OF SEATTLE Defendants deny that Port of Seattle Officers acted under the direction of SSA Marine or its agents, and deny all else.

3.16 PORT OF SEATTLE Defendants admit that CABACCANG was not arrested or cited and deny all else.

3.17 As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.18 PORT OF SEATTLE admit there was evidence that Chad Rivers committed an assault, admit they referred the case to the King County Prosecutor, who filed charges and deny all else.

3.19 As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.20 PORT OF SEATTLE admit there was evidence that Chad Rivers committed an assault, admit they referred the case to the King County Prosecutor, who filed charges and deny all else.

3.21 PORT OF SEATTLE Defendants admit that Rivers was cited and deny all else.

3.22 As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861 FAX: (206) 223-9423

3.23    As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.24    PORT OF SEATTLE Defendants lack sufficient knowledge to either deny or admit the allegations and therefore deny.

3.25    PORT OF SEATTLE Defendants admit there was evidence that Chad Rivers committed an assault, admit they referred the case to the King County Prosecutor, who filed charges, and deny all else.

3.26    PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny.

3.27    PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny.

3.28    As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.29    As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.30    As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.31    As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.32    As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.33    PORT OF SEATTLE Defendants deny the allegation.

3.34    PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, and therefore deny.

3.35    PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, and therefore deny.

3.36    PORT OF SEATTLE Defendants admit that Rivers was cited.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861  FAX: (206) 223-9423

3.37     As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.38     As this allegation relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations.

3.39 – 3.45    As these allegations relates to another Defendant, PORT OF SEATTLE Defendants neither admit or deny the allegations, and to the extent any response is needed, deny the allegations.

## IV. STATEMENT OF DAMAGES

4.1     PORT OF SEATTLE Defendants deny.

4.2     PORT OF SEATTLE Defendants deny.

4.3     PORT OF SEATTLE Defendants deny.

4.4     PORT OF SEATTLE Defendants deny.

4.5     PORT OF SEATTLE Defendants deny.

## V. CAUSES OF ACTION

<u>COUNT ONE</u>

Violation Of Civil Rights (Title 42 U.S.C. Section 1983)

(As To Plaintiffs ELMI, BERHANE, AND MUHIDDIN)

(As To Defendants MYERS, SANTIAGO, KWAN, WESSON, and DOES 1-25)

5.1     PORT OF SEATTLE Defendants reassert their answers set forth above.

5.2     PORT OF SEATTLE Defendants deny.

5.3     PORT OF SEATTLE Defendants deny.

5.4     PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny.

5.5     PORT OF SEATTLE Defendants deny.

<u>COUNT TWO</u>

Violation Of Civil Rights (Title 42 U.S.C. Section 1983)

(As To Plaintiffs ELMI, BERHANE, AND MUHIDDIN)

ANSWER TO COMPLAINT - 7
2:13-cv-01703-JCC
1051-005/82349.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861   FAX: (206) 223-9423

(As To Defendants PORT OF SEATTLE, and DOES 26-50)

5.6 PORT OF SEATTLE Defendants reassert their answers set forth above.

5.7 PORT OF SEATTLE Defendants deny.

5.8 PORT OF SEATTLE Defendants deny.

5.9 PORT OF SEATTLE Defendants deny.

COUNT THREE

Violation Of Civil Rights (Title 42 U.S.C. Section 1983)

(As To Plaintiffs ELMI AND MUHIDDIN)

(As To Defendants PORT OF SEATTLE MARINE, BELL, HSUE, KENDALL, BRENT, and DOES 101- 250)

5.10 PORT OF SEATTLE Defendants reassert their answers set forth above.

5.11 PORT OF SEATTLE Defendants deny.

5.12 PORT OF SEATTLE Defendants deny.

5.13 PORT OF SEATTLE Defendants deny.

COUNT FOUR

RACIAL/NATIONAL ORIGIN DISCRIMINATION in Violation of Title VII

(As To All PLAINTIFFS)

(As To All PORT OF SEATTLE DEFENDANTS)

5.14 PORT OF SEATTLE Defendants reassert their answers set forth above.

5.15 PORT OF SEATTLE Defendants deny.

5.16 PORT OF SEATTLE Defendants deny.

5.17 PORT OF SEATTLE Defendants deny.

5.18 PORT OF SEATTLE Defendants deny.

COUNT FIVE

BATTERY AND ASSAULT

(As To Defendants PORT OF SEATTLE MARINE, CABACCANG, RIVERS, AND KOLLMAR)

ANSWER TO COMPLAINT - 8
2:13-cv-01703-JCC
1051-005/82349.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861 FAX: (206) 223-9423

5.19   PORT OF SEATTLE Defendants reassert their answers set forth above.

5.20   PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny.

5.21   PORT OF SEATTLE Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations, and therefore deny.

5.22   Omitted.

5.23   Omitted.

5.24   Omitted.

5.25   Omitted.

5.26   PORT OF SEATTLE Defendants deny.

5.27   PORT OF SEATTLE Defendants deny.

5.28   PORT OF SEATTLE Defendants deny.

COUNT SIX

RACIAL/NATIONAL ORIGIN DISCRIMINATION UNDER RCW 49.60.030

(As To All DEFENDANTS)

5.29   PORT OF SEATTLE Defendants reassert their answers set forth above.

5.30   PORT OF SEATTLE Defendants deny.

5.31   PORT OF SEATTLE Defendants deny.

5.32   PORT OF SEATTLE Defendants deny.

COUNT SEVEN

INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(As To All DEFENDANTS)

5.33   PORT OF SEATTLE Defendants reassert their answers set forth above.

5.34   PORT OF SEATTLE Defendants deny.

5.35   PORT OF SEATTLE Defendants deny.

5.36   PORT OF SEATTLE Defendants deny.

5.37   PORT OF SEATTLE Defendants deny.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861   FAX: (206) 223-9423

COUNT EIGHT NEGLIGENCE

(As To All DEFENDANTS)

5.38    PORT OF SEATTLE Defendants reassert their answers set forth above.

5.39    PORT OF SEATTLE Defendants deny.

5.40    PORT OF SEATTLE Defendants deny.

## VI. JURY TRIAL DEMAND

6.0    PORT OF SEATTLE Defendants demand a jury trial in this matter.

## VII.    AFFIRMATIVE DEFENSES

BY WAY OF FURTHER ANSWER AND AS AFFIRMATIVE DEFENSES, PORT OF SEATTLE Defendants allege:

1. Plaintiffs' Complaint fails to state a claim upon which relief may be granted and therefore should be dismissed with prejudice and with costs and fees awarded to PORT OF SEATTLE Defendants.

2. PORT OF SEATTLE Defendants are entitled to qualified immunity against discovery and suit.

3. Plaintiffs have failed to mitigate their damages, if any.

4. Plaintiffs' claims are barred in whole or in part by contributory and comparative fault.

5. Plaintiffs' claims for punitive damages are barred by the fact Defendants did not act with malice or reckless indifference with respect to Plaintiffs.

6. The Court lacks subject matter jurisdiction over some or all of the claims asserted.

7. PORT OF SEATTLE Defendants presently have insufficient knowledge and information on which to form a belief as to whether they may have additional, as yet unstated, affirmative defenses available and reserve the right to assert additional defenses if discovery indicates such additional defenses would be appropriate.

ANSWER TO COMPLAINT - 10
2:13-cv-01703-JCC
1051-005/82349.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861   FAX: (206) 223-9423

## VIII. PRAYER FOR RELIEF

WHEREFORE, having fully answered Plaintiffs' Complaint, PORT OF SEATTLE Defendants pray for the following relief:

1. Dismissal of Plaintiffs suit with prejudice.

2. Reasonable and statutory attorneys' fees and costs for having to defend this action;

3. For such other and further relief as the Court may deem just and equitable.

DATED: February 28, 2014

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Andrew Cooley*
    Andrew Cooley, WSBA #15189
Of Attorneys for Port Defendants
PORT OF SEATTLE, JACK MYERS, JOSE SANTIAGO, TERRENCE KWAN, and WALTER WESSON

800 Fifth Avenue, Suite 4141
Seattle, WA 98104-3175
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: acooley@kbmlawyers.com

ANSWER TO COMPLAINT - 11
2:13-cv-01703-JCC
1051-005/82349.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861 FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

Lawrence A. Hildes
P.O. Box 5405
Bellingham, WA 98227
Email: lhildes@earthlink.net

**Attorneys for Defendant SSA Marine, Inc., John Bell, Brandon Brent, Tom Hsue and William Kendall**

Richard P. Lentini
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
Email: lentini@ryanlaw.com

DATED: February 28, 2014

*/s/ Andrew Cooley*
Andrew Cooley, WSBA #15189
Of Attorneys for Port Defendants
PORT OF SEATTLE, JACK MYERS, JOSE SANTIAGO, TERRENCE KWAN, and WALTER WESSON
800 Fifth Avenue, Suite 4141
Seattle, WA 98104-3175
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: acooley@kbmlawyers.com

ANSWER TO COMPLAINT - 12
2:13-cv-01703-JCC
1051-005/82349.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861  FAX: (206) 223-9423